3

FILED
AUG 16 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
ex rel. DENISE HUBBARD,

Plaintiffs,

vs.

Civil No. 03-60175

HON. MARIANNE O. BATTANI

CIENA HEALTHCARE MANAGEMENT, INC.,
MOHAMMAD QAZI, ANIS KHAN and DENISE
MAHNKE-PUGH,

Defendants.
_____________________________/

**THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action. The United States intervenes in that part of the action which alleges that Defendants violated the False Claims Act by submitting claims that four of Ciena Healthcare Management related facilities, St. James Nursing Center, the Americare Convalescent Center, the Qualicare Nursing Home, and the Northfield Place Nursing Home, failed to meet the needs of the residents in one or more of the following areas: (1) resident nutrition and hydration, (2) assessments and evaluations of residents' needs, (3) care planning and nursing interventions, (4) medication management, (5) fall prevention and management, and (6) pressure ulcer care, the United States declines to intervene in that part of the action related to all other allegations in the

Relator's Complaint. The sole purpose for intervening in part is to enter into a settlement with Defendants. The United States will not be filing a complaint.

Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

STEPHEN J. MURPHY
United States Attorney

By: MICHAEL J. RIORDAN (P43980)
Assistant U.S. Attorney
211 W. Fort, Suite 2001
Detroit, MI 48226
(313) 226-9602